

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2016

No. 04-16-00277-CV

**IN RE** Douglas A. **GREGORY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Luz Elena D. Chapa, Justice

On May 2, 2016, relator filed a petition for writ of mandamus. The court has considered the petition and the response filed on behalf of the real party in interest and has determined that the mandamus petition is now moot. Accordingly, the petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on June 10, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2016-CI-07344, styled *Bruce A. Smiley-Kaliff v. Douglas A. Gregor*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding.